IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**
DEC 13 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

DAMON ALLEN,
    Petitioner,

    CIVIL ACTION

JOHN E. WETZEL, et al.
    Respondents.

NO. 13-2910

## ORDER

C. DARNELL JONES, II, J.

AND NOW, this __13th__ day of __Dec__, 2013, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

    i.     The Report and Recommendation is APPROVED and ADOPTED.

    ii.     The petition for Writ of *Habeas Corpus* is STAYED and held in ABEYANCE until the conclusion of petitioner's state court proceedings.

    iii.     Petitioner shall notify this federal court within forty-five (45) days following the conclusion of his state court proceedings. If petitioner does not return to federal court within forty-five (45) days following the conclusion of state proceedings, this stay and abeyance order is vacated and his petition is dismissed without prejudice.

    iv.     There is no probable cause to issue a certificate of appealability.

    v.     The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
C. DARNELL JONES, II, J.

ENTERED
DEC 16 2013
CLERK OF COURT